IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


KURT WARNER,                                          No. 03:11-CV-598-ST

                 Plaintiff,                 ORDER

       v.

UNITED OF OMAHA LIFE INSURANCE
COMPANY, MUTUAL OF OMAHA
INSURANCE COMPANY, and OREGON
PUBLIC BROADCASTING SHORT TERM
AND LONG TERM DISABILITY PLANS,

                 Defendants.


Richard H. Rizk
Attorney at Law
1332 SW Custer Drive
Portland, OR 97219

        Attorney for Plaintiff


/ / /
/ / /
/ / /


1 - ORDER

William T. Patton
Lane Powell, PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204-3158

       Attorney for Defendants

HERNANDEZ, District Judge:

Magistrate Judge Stewart issued a Findings and Recommendation (#27) on August 1, 2012, in which she recommends that this Court grant in part Defendants' motion for summary judgment (#10).  Judge Stewart recommended that this Court (1) grant the motion for Warner's short-term disability benefits claim, but reserve the issue of attorney's fees and costs; (2) grant the motion for Warner's long-term disability benefits claim, but dismiss the claim without prejudice; (3) find that Warner has met the Proof of Loss Requirements provision of the long-term disability benefits policy; and (4) otherwise deny Defendants' motion.  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*.  United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made).  Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court adopts Magistrate Judge Stewart's Findings and Recommendation (#27).  Accordingly, Defendants' motion for summary judgment (#10) is granted for Warner's short-term disability benefits claim, but the issue of attorney's fees and costs is reserved, and granted for Warner's long-term disability benefits claim, but dismissed without prejudice.  Defendants'

2 - ORDER

motion is otherwise denied.  The Court also finds that Warner has met the Proof of Loss

Requirements provision of the long-term disability benefits policy.

IT IS SO ORDERED.

DATED this _____ day of August, 2012.

_____
MARCO A. HERNANDEZ
United States District Judge

3 - ORDER